McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
KENNETH J. MELIKIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709



FILED

AUG 27 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>VARDGES EGIAZARIAN, aka<br>   David Akerman,<br><br>         Defendant. | MJ-08-281 KJM<br><br>ORDER STAYING MAGISTRATE JUDGE'S<br>ORDER RELEASING DEFENDANT ON<br>BOND |

Upon motion of the United States to revoke the release order issued on August 14, 2008, by Magistrate Judge Charles F. Eick, United States District Court for the Central District of California, and good cause having been shown, the Order releasing the defendant on a $300,000 property bond is STAYED until final ruling on the government's motion in the United States District Court for the Eastern District of California.

It is further ordered that the U.S. Marshal transport the defendant forthwith to the United States District Court for the Eastern District of California.

DATE: 8/27/08

THE HONORABLE FRANK C. DAMRELL
United States District Judge

1