UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08-cr-00427-MCE |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO RETURN SURETY** |
| VARDGES EGIAZARIAN, | ) | |
| Defendant. | ) | |

The Court has read and considered Defendant VARDGES EGIAZARIAN Request for order to return the deed of trust to the property located at 8066 Vantage Avenue, North Hollywood, California, 91605, which was given to the court as surety for Defendant's bail, by Akop Terteryan.

The Court hereby finds that the request demonstrates good cause.

THEREFORE, GOOD CAUSE APPEARING:

The deed of trust in possession of the court for the property located at 8066 Vantage Avenue, North Hollywood, CA, 91605, shall be returned to Akop Terteryan forthwith.

IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE