UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>VARDGES EGIAZARIAN,<br><br>            Defendant.<br>_____ | CASE NO.: 08-cr-00427-MCE<br><br>**ORDER FOR SPECIAL SETTING OF CHANGE OF PLEA HEARING** |

   The Court has read and considered Defendant VARDGES EGIAZARIAN Request for special setting for a change of plea hearing to be held on August 12, 2009.

   The Court hereby finds that the request demonstrates good cause.

   THEREFORE, GOOD CAUSE APPEARING:

   Defendant Vardges Egiazarian will appear for a change of plea hearing on August 12, 2009, at 9:00 a.m. in Courtroom 7.

   IT IS SO ORDERED.

Dated: August 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE