UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08-cr-00427 |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| VARDGES EGIAZARIAN, ) | |
| Defendant. ) | |

The Court has read and considered Defendant VARDGES EGIAZARIAN Request for Transfer.

The Court hereby finds that the request demonstrates good cause.

THEREFORE, GOOD CAUSE APPEARING:

The Government will immediately arrange for the transfer of Defendant Vardges Egiazarian to a federal facility that can provide him with an MRI and perform emergency surgery to his lower spine.

IT IS SO ORDERED.

Dated: September 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1