UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    No. 2:08-cr-00427

    Plaintiff,

  v.    ORDER

VARDGES EGIAZARIAN,

    Defendant.

----oo0oo----

The Court hereby vacates its order dated filed September 30, 2009 (Docket No. 101) and sets this matter for further status conference on October 15, 2009 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

Dated: October 1, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE